IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION



| | | |
|---|---|---|
| CHERYL SCHOENFELD, <br> AND ANNETTE JONES <br>     Plaintiffs <br><br> vs. <br><br> TRANSCOR AMERICA, INC., a <br> Wholly Owned Subsidiary of <br> Corrections Corporation of America, <br> TRANSCOR AMERICA, L.L.C., a Wholly <br> Owned Subsidiary of PRISON REALTY <br> TRUST, INC., MICHAEL EDWARDS, and <br> DAVID JACKSON <br>     Defendants | § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-0O-CA-248-FB |

## *ORDER OF DISMISSAL WITH PREJUDICE*

TO THE HONORABLE UNITED STATE DISTRICT JUDGE:

Before the Court is the Stipulation of Dismissal with Prejudice of all parties, acting by and through their counsel of record. The Court is of the opinion and finds that said Stipulation is well taken.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the causes of action of Plaintiffs, Cheryl Schoenfeld and Annette Jones, against Defendants, TransCor America, Inc., a Wholly Owned Subsidiary of Corrections Corporation of America, TransCor America, LLC., a Wholly Owned Subsidiary of Prison Realty Trust, Inc., be and they are hereby dismissed with prejudice to the rights of Plaintiffs to refile same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all third party claims and causes of action asserted by TransCor America, LLC against third party defendants, Michael Edwards and David Jackson and all cross-claims asserted by Michael Edwards and David Jackson against TransCor, LLC., and any other Defendant be and they are hereby dismissed with prejudice to the rights of the parties to refile same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all court costs incurred by the parties herein shall be paid by the party incurring same.



IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief not expressly granted herein is hereby denied.

Signed this 24th day of May, 2002.

_____
HONORABLE FRED BIERY
U.S. DISTRICT JUDGE